NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1040, -1041

COMPUTER CACHE COHERENCY CORPORATION,

Plaintiff-Appellant,

v.

INTEL CORPORATION,

Defendant-Appellee.

- - - - - - - - - - - - - - - - - - - - - -

COMPUTER CACHE COHERENCY CORPORATION,

Plaintiff-Appellant,

v.

VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA),

Defendants-Appellees,

and

INTEL CORPORATION,

Defendant,

and

ADVANCED MICRO DEVICES, INC.,

Defendant.

Appeals from the United States District Court for the Northern District of California in case nos. 05-CV-1766, 05-CV-1668, Senior Judge Ronald M. Whyte.

ON MOTION

ORDER

The appellant moves without opposition to consolidate the two cases for briefing and oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

NOV 24 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lawrence M. Hadley, Esq.
Lauren B. Fletcher, Esq.
Julie M. Holloway, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 4 2009

JAN HORBALY
CLERK

2010-1040, -1041                    - 2 -